IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mike Gerald Szabo, | Case No. 3:13 CV 2485 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed July 11, 2014 (Doc. 17). The R&R recommends this Court affirm the final decision of the Commissioner.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a de novo determination of those portions of the R&R to which objections were made. The failure to file objections within the time frame set forth in the statute constitutes a waiver of de novo review by the district court. *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff's deadline for filing objections has passed, and no request for an extension has been received. The R&R accurately states the facts and law, which this Court adopts in its entirety. Accordingly, this Court affirms the final decision of the Commissioner denying Plaintiff benefits.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

July 31, 2014